UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRANISE LOCKETT, as next friend and conservator of her minor child, J.B., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 4:06CV0223 RWS |
| TONY LAM, M.D., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that my order dated April 5, 2006 is amended as follows:

Plaintiff's claims against Defendant Tony Lam in his capacity as a United States Public Health Service employee are **DISMISSED** with prejudice. Plaintiff's claims against Defendant Tony Lam in any other capacity are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED that** Plaintiff's motion for reconsideration [#13] is **DENIED** as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dared this 9th day of May, 2006.